IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

COSTADARYLL HUGHLEY,

       Appellant,

 v.

Case No.  5D21-1371
LT Case No. 2015-CF-15183-A-O

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed May 3, 2022

Appeal from the Circuit Court
for Orange County,
Gisela Then Laurent, Judge.

Matthew J. Metz, Public Defender,
and Darnelle Paige Lawshe, Assistant
Public Defender, Daytona Beach,
for Appellant.

Costadaryll Hughley, Crestview, pro
se.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EVANDER, COHEN and EISNAUGLE, JJ., concur.